## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Pamela Judith Banno
                                      Plaintiff,

v.                                                           Case No.: 1:15−cv−08291
                                                                   Honorable John Z. Lee

Ocwen Loan Servicing LLC, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 2, 2016:

      MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 8/2/16. For the reasons stated on the record, Plaintiff's motion for leave to file first amended complaint [52] is denied. Defendants stated on the record that they believe that the specific claim that is the subject of the proposed amended complaint is already encapsulated as part of the complaint. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.