**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PAMELA BANNO,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al<br><br>Defendants. | Case No. 1:15-cv-08291<br><br>Honorable John Z. Lee |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Pamela Banno and the defendant, Ocwen Loan Servicing, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against Ocwen Loan Servicing, LLC, only, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 11, 2016

Respectfully Submitted,

/s/ Todd Gale
Todd Gale
*Counsel for Ocwen Loan Servicing, LLC*
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: (312) 627-1700

/s/ Majdi Y. Hijazin
Majdi Y. Hijazin, *Of Counsel*
*Counsel for Plaintiff*
Sulaiman Law Group,
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Phone: (630) 575-8181